911 A.2d 505

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Michael RAINEY, Appellant.**

Supreme Court of Pennsylvania.

Oct. 30, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2006, Appellant's Motion for Full Court Reconsideration of Order denying Recusal is GRANTED and Reconsideration is DENIED. Further, the Petition for Writ of Habeas Corpus is DENIED.

Justice CASTILLE did not participate in the consideration or decision of this matter.